**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 21-60549-CIV-DIMITROULEAS**

| | |
|---|---|
| CHASTIDI CORREA, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| SUNFLAGLER, INC., a Florida Corporation, | ) ) ) |
| Defendant. | ) ) |

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant jointly file this Notice of Settlement to advise the Court that they have reached an agreement regarding all material issues in this case and are in the process of executing a final settlement agreement. The parties anticipate filing a joint stipulation for dismissal within twenty (20) days and respectfully request that all hearings and deadlines be adjourned.

Dated: June 10, 2021

Respectfully submitted,

*/s/Louis I. Mussman*
Louis I. Mussman, Esq.
louis@kumussman.com
Fla. Bar No. 597155
KU & MUSSMAN P.A.
18501 Pines Blvd.
Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976

Respectfully submitted,

*/s/ Ryan D. Watstein.*
Ryan D. Watstein, Esq.
Florida Bar No. 93945
rwatstein@kcozlaw.com
Rachel M. Bishop
(pro hac vice forthcoming)
rbishop@kcozlaw.com
KABAT CHAPMAN & OZMER LLP
17th Street NW, Suite 1550
Atlanta, Georgia 30363

1

*Attorneys for Plaintiff*  Tel.: (404) 400-7300
 Fax: (404) 400-7333
 *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of June, 2021, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/Louis I. Mussman*
Louis I. Mussman