UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60549-CIV-DIMITROULEAS

CHASTIDI CORREA,

    Plaintiff,

vs.

SUNFLAGLER, INC.,

    Defendants.

_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal with Prejudice [DE 14] (the "Stipulation"), filed herein on June 29, 2021. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 14] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 1st day of July, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record